1  E. JEFFREY GRUBE (SB # 167324)
   jeffgrube@paulhastings.com
2  JEFFREY P. MICHALOWSKI (SB# 248073)
   jeffmichalowski@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6
   Attorneys for Defendant
7  UNITED PARCEL SERVICE, INC.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  JULIO C. DIAZ, individually and on     CASE NO. EDCV09-02279 VBF (DTBx)
    behalf of others similarly situated,
12                                         **STATEMENT OF NON-OPPOSITION
                 Plaintiff,                TO PLAINTIFFS' MOTION FOR
13                                         PRELIMINARY APPROVAL OF
         vs.                               CLASS ACTION SETTLEMENT**
14
    UNITED PARCEL SERVICE, INC.,           Date:    October 4, 2010
15                                         Time:    1:30 p.m.
                 Defendant.                Ctrm:    9
16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 65647306.1

CASE NO. EDCV09-02279 VBF (DTBx)          STATEMENT OF NON-OPPOSITION TO PLTFS'
                                          MOTION FOR PRELIMINARY APPROVAL

1        Defendant United Parcel Service, Inc. (UPS) does not oppose Plaintiffs'

2    Motion for Preliminary Approval of Class Action Settlement.  Although UPS

3    vigorously denies any liability in this case on an individual or a class-wide basis,

4    UPS agrees that this case is contentious, that both sides face risks, and that the

5    settlement, if approved by the Court, is fair.

6

7    DATED: September 7, 2010     PAUL, HASTINGS, JANOFSKY & WALKER LLP

8

9        By:    /s/ E. Jeffrey Grube

10            E. Jeffrey Grube
              Attorneys for Defendant
11            UNITED PARCEL SERVICE, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 65647306.1