Gregory N. Karasik SBN 115834
SPIRO MOSS LLP
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, California 90064-1685
Telephone: 310-235-2468
Fax:        310-235-2456
email: greg@spiromoss.com

Shaun Setareh SBN 204514
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Boulevard, Penthouse Suite, # 3
Beverly Hills, California 90212
Telephone: 310-888-7771
Fax:        310-888-0109
e-mail: setarehlaw@sbcglobal.net

Attorneys for Plaintiff
JULIO C. DIAZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. DIAZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | Case No. EDCV 09-02279 VBF (DTBx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GREGORY N. KARASIK IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT**<br><br>Date: April 25, 2011<br>Time: 1:30 p.m.<br>Ctrm: 9 |

I, Gregory N. Karasik, declare:

1.  I am an attorney licensed to practice law in the state of California and have been admitted to practice before this Court. I am a partner in the law firm Spiro Moss LLP and am lead counsel for plaintiff Julio C. Diaz ("Plaintiff") in this

action. I have personal knowledge of the matters stated herein and if called and sworn as a witness, I would and could competently testify under oath thereto.

2. To date, Spiro Moss has incurred on behalf of Plaintiff a total of $12,612.41 in litigation related expenses. Attached hereto as Exhibit 1 is a list of all these expenses prepared by the Spiro Moss office manager.

3. Immediately upon the filing of Plaintiff's motion for an award of attorney's fees, costs and an enhancement payment on March 25, 2011, all the papers relating to this motion will be posted on the Spiro Moss website at www.spiromoss.com in accordance with the Settlement. Posting of Plaintiff's motion papers on March 25, 2011, 31 days before the final fairness hearing on April 25, 2011, will give class members 10 days to object to Plaintiff's motion, 3 days more than the 7 day notice period required under the Settlement.

4. At the outset of this lawsuit, Spiro Moss LLP and the Law Office of Shaun Setareh agreed to split any recovery of attorney's fees in this case as follows: 70% to Spiro Moss and 30% to the Law Office of Shaun Setareh. Plaintiff was advised in writing and consented in writing to the foregoing agreement regarding the splitting of attorney's fees.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Los Angeles, California on March 25, 2011.

/s/ Gregory N. Karasik
Gregory N. Karasik

---

**DECLARATION OF GREGORY N. KARASIK IN SUPPORT OF
MOTION FOR FEES, COSTS AND ENHANCEMENT PAYMENT**

# EXHIBIT 1

9:55 AM
03/22/11
Accrual Basis

**Spiro Moss LLP**
**UPS (DIAZ)**
INCOME & COSTS to 3/21/11

| Type | Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Expense** | | | | | |
| **Attorney's Service** | | | | | |
| Check | 12/9/2009 | 6815 | Ace Attorney Service,... | 11/10/09 | 240.72 |
| Check | 12/14/2009 | 6825 | Janney & Janney Atto... | 11/18/09 | 75.00 |
| Check | 1/26/2010 | 7000 | Janney & Janney Atto... | 11/24/09 | 60.00 |
| Check | 1/26/2010 | 7000 | Janney & Janney Atto... | 12/18/09 | 40.00 |
| Check | 2/22/2010 | 7063 | Janney & Janney Atto... | 1/12/10 | 40.00 |
| Check | 2/22/2010 | 7063 | Janney & Janney Atto... | 1/14/10 | 40.00 |
| Check | 2/22/2010 | 7063 | Janney & Janney Atto... | 1/15/10 | 40.00 |
| Check | 8/19/2010 | 7524 | Janney & Janney Atto... | 7/20/10 | 25.00 |
| Check | 10/21/2010 | 7699 | Janney & Janney Atto... | 9/1/10 | 95.00 |
| Total Attorney's Service | | | | | 655.72 |
| **Court Reporting** | | | | | |
| Check | 4/6/2010 | 7186 | Esquire Corportate S... | UPS II (Diaz) Inv #CSD13... | 692.49 |
| Deposit | 11/15/2010 | 00000... | | Refund/Ct Rptr/UPS (Diaz) | -62.95 |
| Total Court Reporting | | | | | 629.54 |
| **Filing Fee** | | | | | |
| Check | 12/9/2009 | 6815 | Ace Attorney Service,... | 11/10/09 | 905.00 |
| Total Filing Fee | | | | | 905.00 |
| **Mediator Fee** | | | | | |
| Check | 5/6/2010 | 7255 | David A. Rotman | Med 6/2/10, resched to 7/... | 8,000.00 |
| Total Mediator Fee | | | | | 8,000.00 |
| **Research Fee** | | | | | |
| Check | 1/22/2010 | 6991 | Pacer Service Center | Research fee 10/1 - 12/31... | 4.08 |
| Check | 8/25/2010 | 7540 | Thomson West | Inv #821064982 | 117.84 |
| Check | 9/21/2010 | 7613 | Thomson West | Inv #821258741 | 5.95 |
| Total Research Fee | | | | | 127.87 |
| **Travel, Bus** | | | | | |
| Check | 2/2/2010 | 7025 | Gregory Karasik | 1/14/10 prkg | 38.00 |
| Check | 2/2/2010 | 7025 | Gregory Karasik | 1/14/10 mileage | 16.50 |
| Check | 3/1/2010 | 7095 | Gregory Karasik | 2/1/10 mileage | 16.50 |
| Check | 3/1/2010 | 7095 | Gregory Karasik | 2/1/10 prkg | 16.00 |
| Check | 3/1/2010 | 7095 | Gregory Karasik | 2/17/10 mileage | 66.00 |
| Check | 3/1/2010 | 7095 | Gregory Karasik | 2/18/10 prkg | 38.00 |
| Check | 3/1/2010 | 7095 | Gregory Karasik | 2/18/10 prkg | 38.00 |
| Check | 3/1/2010 | 7095 | Gregory Karasik | 2/18/10 meals | 27.44 |
| Check | 5/6/2010 | 7257 | Gregory Karasik | 4/1/10 mileage | 82.50 |
| Check | 8/16/2010 | 7514 | Gregory Karasik | 7/14/10 airefare | 343.40 |
| Check | 8/16/2010 | 7514 | Gregory Karasik | 7/14/10 taxi | 70.00 |
| Check | 8/16/2010 | 7514 | Gregory Karasik | 7/15/10 airefare (client) | 343.40 |
| Check | 8/16/2010 | 7514 | Gregory Karasik | 7/15/10 hotel (client) | 322.38 |
| Check | 8/16/2010 | 7514 | Gregory Karasik | 7/18/10 taxi | 62.00 |
| Check | 8/16/2010 | 7514 | Gregory Karasik | 7/18/10 taxi | 54.00 |
| Check | 8/16/2010 | 7514 | Gregory Karasik | 7/1/8/10 hotel | 636.35 |
| Check | 8/16/2010 | 7514 | Gregory Karasik | 7/18/10 prkg | 50.00 |
| Check | 9/1/2010 | 7555 | Gregory Karasik | 8/26/10 client meal | 7.81 |
| Check | 9/1/2010 | 7555 | Gregory Karasik | 8/26/10 mileage | 66.00 |
| Total Travel, Bus | | | | | 2,294.28 |
| Total Expense | | | | | 12,612.41 |
| Net Ordinary Income | | | | | -12,612.41 |
| **Net Income** | | | | | **-12,612.41** |

Page 1