Gregory N. Karasik SBN 115834
SPIRO MOSS LLP
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, California 90064-1685
Telephone: 310-235-2468
Fax:         310-235-2456
email: greg@spiromoss.com

Shaun Setareh SBN 204514
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Boulevard, Penthouse Suite, # 3
Beverly Hills, California 90212
Telephone: 310-888-7771
Fax:         310-888-0109
e-mail: setarehlaw@sbcglobal.net

Attorneys for Plaintiff
JULIO C. DIAZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. DIAZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | Case No. EDCV 09-02279 VBF (DTBx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SHAUN SETAREH IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT**<br><br>Date: April 25, 2011<br>Time: 1:30 p.m.<br>Ctrm: 9 |

DECLARATION OF SHAUN SETAREH

# DECLARATION OF SHAUN SETAREH, ESQ.

I, Shaun Setareh, declare as follows:

1. I am class counsel in the matter of Diaz v UPS, et. al.; Case No. EDCV09-02279 VBF.

2. I have expended $947.91 in connection with the prosecution of this action as follows:

| Date Sort | Amount | Desc |
| --- | --- | --- |
| TU 7/13/2010 | $343.40 | Airfare to and from SF |
| TH 7/15/2010 | $46.00 | Town Dispatch, San Francisco |
| TH 7/15/2010 | $23.81 | Hana Zen Yakitori and Sushi Bar, San Francisco |
| TH 7/15/2010 | $16.10 | Willow Creek Grill, San Francisco Airport |
| TH 7/15/2010 | $13.81 | CPK |
| TH 7/15/2010 | $391.68 | Grand Hyatt San Francisco |
| FR 7/16/2010 | $38.61 | The Parking Spot, Los Angeles |
| FR 7/16/2010 | $51.00 | Taxi to airport after mediation |
| FR 7/16/2010 | $8.50 | Yellow Cab San Francisco |
| TU 3/22/2011 | $15.00 | Copying costs from copy machine |

///
///
///
///
///

1

DECLARATTION OF SHAUN SETAREH

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3
4  Executed this 22nd day of March 2011 at Beverly Hills, California.

   Shaun Setareh, Declarant