1    E. JEFFREY GRUBE (SB# 167324)
     JEFFREY P. MICHALOWSKI (SB# 248073)
2    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     55 Second Street
3    Twenty-Fourth Floor
     San Francisco, CA  94105-3441
4    Telephone:  (415) 856-7000
     Facsimile:   (415) 856-7100
5    jeffgrube@paulhastings.com
     jeffmichalowski@paulhastings.com
6
     Attorneys for Defendant
7    UNITED PARCEL SERVICE, INC.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11

12   JULIO C. DIAZ, individually and on         CASE NO. EDCV 09-02279 VBF
     behalf of others similarly situated,       (DTBx)
13
                    Plaintiff,                   **DECLARATION OF JEFFREY P.
14                                               MICHALOWSKI CERTIFYING
          vs.                                    PROVISION OF CAFA NOTICE**
15
     UNITED PARCEL SERVICE, INC.,
16
                    Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV08-01590 DDP (MANX)                   DECL. OF JEFF MICHALOWSKI CERTIFYING
                                                        PROVISION OF CAFA NOTICE

1      1.      I, Jeffrey P. Michalowski, declare:

2

3      2.      I am admitted to the Bar of this Court, an Associate at Paul,

4  Hastings, Janofsky & Walker LLP ("Paul Hastings"), and one of the attorneys

5  representing defendant United Parcel Service, Inc. ("UPS") in this action.  I make

6  this declaration to show that UPS complied with the notice provisions of the Class

7  Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").  I have personal

8  knowledge of the facts set forth in this declaration and could and would competently

9  testify to them under oath if called as a witness.

10

11      3.      On September 10, 2010, not later than ten days after the

12  proposed settlement was filed with this Court,  Paul Hastings's staff acting under my

13  direction mailed to the appropriate federal and state officials notice of the proposed

14  settlement in this action pursuant to 28 U.S.C. section 1715 (the "CAFA Notice").

15

16      4.      The CAFA Notice consists of a cover letter addressed to the

17  appropriate federal or state official and five additional documents.

18

19      5.      The five documents provided with the Notice of Proposed

20  Settlement consist of:

21

22      (a)      Plaintiff's complaint (pursuant to CAFA, 28 U.S.C.

23  § 1715(b)(1)).  Attached to this declaration as Exhibit A is a true and correct copy of

24  Plaintiff's Complaint.

25

26      (b)      Plaintiff's first amended complaint (pursuant to CAFA, 28

27  U.S.C. § 1715(b)(1)).  (This document is on file with the Court as part of Docket

28  No. 20).

CASE NO. CV08-01590 DDP (MANX)                    DECL. OF JEFF MICHALOWSKI CERTIFYING
                                                  PROVISION OF CAFA NOTICE

1    (c)   The parties' Notice of Proposed Class Action Settlement

2  and Final Approval Hearing (pursuant to CAFA, 28 U.S.C. § 1715(b)(3)(A)) (This

3  document is on file with the Court as part of Docket No. 24).

4

5    (d)   The parties' Election Not to Participate in Settlement form

6  (pursuant to CAFA, 28 U.S.C. § 1715(b)(3)(A)) (This document is on file with the

7  Court as part of Docket No. 24).

8

9    (e)   The parties' Settlement Agreement (pursuant to CAFA, 28

10  U.S.C. § 1715(b)(4), (5) (This document is on file with the Court as part of Docket

11  No. 24).

12

13    6.   The addressed cover letter lists the contents of the CAFA Notice

14  and is addressed to the appropriate federal or state official.  Pursuant to CAFA, 28

15  U.S.C. section 1715(a), which defines the appropriate federal and state officials, the

16  cover letter was addressed to and the CAFA Notice was mailed to the Attorney

17  General of the United States and the Attorneys General of the 43 States in which

18  class members reside.  Attached to this declaration as Exhibit B as an exemplar is a

19  true and correct copy of the cover letter addressed and mailed to the Attorney

20  General of the State of Alabama.

21

22    7.   The addressed cover letter further provides notice of the time and

23  location of the Hearing on Plaintiffs' Motion for Preliminary Approval of Class

24  Action Settlement (per 28 U.S.C. § 1715(b)(2)) and a reasonable estimate of the

25  number of class members residing in each State and the estimated proportionate

26  share of the claims of such members to the entire settlement (per 28 U.S.C.

27  § 1715(b)(7).

28

CASE NO. CV08-01590 DDP (MANX)          -2-          DECL. OF JEFF MICHALOWSKI CERTIFYING
                                                     PROVISION OF CAFA NOTICE

1    8.    The addressed cover letter was provided to each Attorney

2    General in paper; the remaining items were provided in portable document format

3    (PDF) on CD.

4

5    9.    On March 10, 2010, Paul Hastings's staff acting under my

6    direction mailed to the appropriate federal and state officials a supplemental notice

7    (the "Supplemental CAFA Notice").

8

9    10.    The Supplemental CAFA Notice consists of a cover letter

10    addressed to the appropriate federal or state official and two additional documents:

11

12    (a)    This Court's Ruling On Motion For Preliminary Approval

13    Of Class Action (September 27, 2010).  (This document is on file with the Court as

14    Docket No. 27).

15

16    (b)    This Court's Order Conditionally Certifying Settlement

17    Class; Preliminarily Approving Proposed Settlement; Approving Notice To Class

18    And Forms Of Class Member Settlement Information Sheet And Election Not To

19    Participate In Settlement; And Setting Hearing For Final Approval Of Settlement

20    (September 27, 2010).  (This document is on file with the Court as Docket No. 28).

21

22    ///

23

24    ///

25

26    ///

27

28    ///

CASE NO. CV08-01590 DDP (MANX)    -3-    DECL. OF JEFF MICHALOWSKI CERTIFYING
PROVISION OF CAFA NOTICE

1          11.    The addressed cover letter further provides notice of the time and

2    location of the Hearing on Plaintiffs' Motion for Final Approval of Class Action

3    Settlement.  Pursuant to CAFA, 28 U.S.C. section 1715(a), which defines the

4    appropriate federal and state officials, the cover letter was addressed to and the

5    CAFA Notice was mailed to the Attorney General of the United States and the

6    Attorneys General of the 43 States in which class members reside.  Attached to this

7    declaration as Exhibit C as an exemplar is a true and correct copy of the cover letter

8    addressed and mailed to the Attorney General of the State of Alabama.

9

10         I declare under penalty of perjury under the laws of the United States

11   that the above is true and correct.

12

13         Executed on March 28, 2011, at San Francisco, CA.

14

15

16

17                  /s/ Jeffrey P. Michalowski

18                  Jeffrey P. Michalowski

19

20

21

22

23

24

25

26

27

28